# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RICHA PRAKASH JONES and GEORGE RENDZIPERIS,<br><br>             Plaintiffs,<br><br>     v.<br><br>MORRIS + D'ANGELO, STEVEN J. GELLER, DANIEL DUANE MORRIS, and PATRICK D'ANGELO,<br><br>             Defendants. | Case Nos.  5:23-cv-05830-BLF<br><br>**DEFAULT JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that:

Judgment is entered for Plaintiff Richa Prakash Jones and against Defendants Morris + D'Angelo, Steven J. Geller, Daniel Duane Morris, and Patrick D'Angelo, jointly and severally, for damages in the amount of $233,478.08 and attorneys' fees and costs in the amount of $9,799.16; and

Judgment is entered for Plaintiff George Rendziperis and against Defendants Morris + D'Angelo, Steven J. Geller, Daniel Duane Morris, and Patrick D'Angelo, jointly and severally, for damages in the amount of $303,809.27.

Dated:  October 4, 2024

_____
BETH LABSON FREEMAN
United States District Judge